UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MORELOS,<br><br>  Plaintiff,<br><br>  v.<br><br>GENERAL REVENUE CORPORATION,<br><br>  Defendants. | 1:11-cv-00397 OWW SKO<br><br>**ORDER DISMISSING ACTION** |

　　　　Pursuant to the notice of voluntary dismissal filed May 31, 2011 pursuant to FRCvP 41,

　　　　IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   June 1, 2011**　　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE